1
2
3
4
5
6
7
8
9
10                     **UNITED STATES DISTRICT COURT**
11                          **DISTRICT OF NEVADA**
12
13  JULIE M. SMITH,                )      3:10-cv-00696-HDM-VPC
                                   )
14                Plaintiff,       )
                                   )
15  vs.                            )      ORDER
                                   )
16  MICHAEL J. ASTRUE, Commissioner )
    of Social Security,            )
17                                 )
                  Defendant.       )
18  _____)

19       The court has considered the report and recommendation of the

20  United States Magistrate Judge (#18) filed on March 22, 2012, in

21  which the magistrate judge recommends that this court enter an

22  order denying plaintiff's motion for judgment on the pleadings

23  (#13) and granting defendant's cross-motion for summary judgment

24  (#15), thus affirming the Social Security Commissioner's decision.

25  Plaintiff objected to the report and recommendation (#19) and

26  defendant responded (#20).

27       The court has considered the pleadings and memoranda of the

28  parties and other relevant matters of record and has made a review

                                    1

and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, the court hereby **ACCEPTS AND ADOPTS** the report and recommendation of the United States Magistrate Judge (#18).  Accordingly, the plaintiff's motion for judgment on the pleadings (#13) is **DENIED,** and the defendant's cross-motion for summary judgment (#15) is **GRANTED.**   The Social Security Commissioner's decision is affirmed.

**IT IS SO ORDERED.**

DATED: This 8th day of August, 2012.

_Howard D McKibben_

UNITED STATES DISTRICT JUDGE